# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

ZWILLO V, CORP., INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED;

   Plaintiff,

   **V.**        Case No. 4:20-00339-CV-RK

LEXINGTON INSURANCE CO.,

   Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

   Defendant's motion to dismiss (Doc. 7) is granted, and this case is dismissed without prejudice.

  **IT IS SO ORDERED.**

Dated: December 2, 2020    /s/ Paige Wymore-Wynn_____
         Clerk of the Court


Entered: December 3, 2020   /s/ LaTandra Wheeler_____
         Deputy Clerk